United States District Court
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| Carol Shloss, | NO. C 06-03718 JW |
|       Plaintiff, <br> v. <br> Seán Sweeney, et al., <br>       Defendants. | **ORDER RE: ADMINISTRATIVE MOTION TO CONSIDER WHETHER CASES SHOULD BE RELATED** |

    Pursuant to Plaintiff's Administrative Motion to Consider Whether Cases Should Be Related, the Court invites the parties to appear at a case management conference on **March 12, 2007 at 10 AM**. The parties shall file a joint case management statement prior to that date in accordance with the local rules.

Dated: February 21, 2007

JAMES WARE
United States District Judge

**United States District Court**
For the Northern District of California

1  **THIS IS TO CERTIFY THAT COPIES OF THIS ORDER HAVE BEEN DELIVERED TO:**

2  Anthony T. Falzone anthony.falzone@stanford.edu
Bernard A. Burk bburk@howardrice.com
3  David S. Olson dolson@law.stanford.edu
Dorothy Rebecca McLaughlin dmclaughlin@kvn.com
4  Jennifer Stisa Granick JENNIFER@LAW.STANFORD.EDU
Maria K. Nelson mknelson@jonesday.com
5  Mark A. Lemley mlemley@kvn.com
Matthew Mickle Werdegar mmw@kvn.com

7  **Dated: February 21, 2007**              **Richard W. Wieking, Clerk**

                                        **By: /s/ JW Chambers**
                                               **Elizabeth Garcia**
                                               **Courtroom Deputy**