IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| Carol Shloss, | No. C 06-03718 JW |
| | Related Case No. C 07-00517 MEJ |
| Plaintiff, | |
| v. | **ORDER CONSOLIDATING CASES** |
| Seán Sweeney, et al., | |
| Stephen James Joyce, | |
| Defendants. / | |

Presently before the Court is Plaintiff's Motion to Relate Cases pursuant to Civil Local Rules 3-12 and 7-11. (See Docket Item No. 62.) The Court finds that the above-captioned cases involve wholly overlapping questions of law and fact. Pursuant to Federal Rule of Civil Procedure 42(a), the Court orders the actions consolidated. The Clerk shall consolidate these actions such that the earlier filed action, C 06-03718 JW, is the lead case. All future filings shall be filed in C 06-03718 JW.

In <u>Carol Shloss v. Stephen James Joyce</u>, No. C 07-0517 MEJ, Plaintiff shall effect service of process on Defendant by September 10, 2007. The parties shall appear for a status conference on **September 10, 2007 at 10 AM**.

Dated: March 16, 2007

JAMES WARE
United States District Judge

United States District Court
For the Northern District of California

1 **THIS IS TO CERTIFY THAT COPIES OF THIS ORDER HAVE BEEN DELIVERED TO:**

2 Anthony T. Falzone anthony.falzone@stanford.edu
Bernard A. Burk bburk@howardrice.com
3 David S. Olson dolson@law.stanford.edu
Dorothy Rebecca McLaughlin dmclaughlin@kvn.com
4 Jennifer Stisa Granick JENNIFER@LAW.STANFORD.EDU
Maria K. Nelson mknelson@jonesday.com
5 Mark A. Lemley mlemley@kvn.com
Matthew Mickle Werdegar mmw@kvn.com

6

7 **Dated: March 16, 2007**                                **Richard W. Wieking, Clerk**

8
                                                           **By:  /s/ JW Chambers
9                                                                  Elizabeth Garcia
                                                                   Courtroom Deputy**

10

[side margin: **United States District Court** / For the Northern District of California]