**UNITED STATES DISTRICT COURT**
**Northern District of California**
**280 South First Street**
**San Jose, California 95113**
_____

www.cand.uscourts.gov

Richard W. Wieking
Clerk

General Court Number
408.535.5364

**March 20, 2007**

**CASE NUMBER:  CV 07-00517 MEJ**
**CASE TITLE:  CAROL LOEB SHLOSS-v-STEPHEN JAMES JOYCE**

<u>REASSIGNMENT ORDER</u>

GOOD CAUSE APPEARING THEREFOR,

IT IS ORDERED that this case is reassigned to the **San Jose** division.

**Case Assigned to the Honorable James Ware** for all further proceedings.

Counsel are instructed that all future filings shall bear the initials **JW** immediately after the case number.

ALL MATTERS PRESENTLY SCHEDULED FOR HEARING ARE VACATED AND SHOULD BE RENOTICED FOR HEARING BEFORE THE JUDGE TO WHOM THE CASE HAS BEEN REASSIGNED.

Date: 3/20/07

FOR THE EXECUTIVE COMMITTEE:

_____
                                        Clerk

NEW CASE FILE CLERK:

Copies to: Courtroom Deputies           Special Projects
Log Book Noted                          Entered in Computer 3/20/07

CASE SYSTEMS ADMINISTRATOR:
Copies to:  All Counsel                 Transferor CSA