1  Lawrence Lessig
   Anthony T. Falzone (SBN 190845)
2  David S. Olson (SBN 231675)
   STANFORD LAW SCHOOL CENTER FOR
3  INTERNET AND SOCIETY
   559 Nathan Abbott Way
4  Stanford, California 94305-8610
   Telephone: (650) 736-9050
5  Facsimile: (650) 723-4426
   E-mail: falzone@stanford.edu

6  [Additional Counsel listed on signature page]

7  Attorneys for Plaintiff

8
                    UNITED STATES DISTRICT COURT
9
                   NORTHERN DISTRICT OF CALIFORNIA
10
                          SAN JOSE DIVISION
11

12
   CAROL LOEB SHLOSS,
13
           Plaintiff,                        CASE NO. CV 06-3718 (JW) (HRL)
14
       v.
15                                           CASE NO. C07-00517 (MEJ)

16 SEÁN SWEENEY, in his capacity as trustee of
   the Estate of James Joyce, and THE ESTATE OF
17 JAMES JOYCE                               STIPULATION AND [PROPOSED]
                                              ORDER DISMISSING ACTIONS
18         Defendant.

19 and

20 CAROL LOEB SHLOSS,

21         Plaintiff,

22     v.

23
   STEPHEN JAMES JOYCE, in his individual
24 capacity and in his capacity as a Trustee of The
   Estate of James Joyce,
25
           Defendant.
26

27

28

1       The parties stipulate that the above-captioned actions shall be dismissed with
2 prejudice pursuant and subject to the Settlement Agreement attached to this Order as Exhibit 1,
3 and that the Court shall retain jurisdiction for purposes of enforcing the terms of the Settlement
4 Agreement. The Court acknowledges and approves the Settlement Agreement, dismisses these
5 actions with prejudice, and retains jurisdiction to enforce the Settlement Agreement.

6 Dated: March 16, 2007

7                                        By: _____
8                                            Anthony T. Falzone
                                            *Attorney for Plaintiff*
9                                             CAROL LOEB SHLOSS

10 Dated: March 16, 2007              By: _____
11                                            Maria K. Nelson
                                           *Attorney for Defendants*
12                                            SEÁN SWEENEY, in his capacity as trustee
                                           of the Estate of James Joyce, THE
13                                            ESTATE OF JAMES JOYCE,
                                           STEPHEN JAMES JOYCE, in his
14                                            individual capacity and in his capacity as a
15                                            Trustee of The Estate of James Joyce

16

17 IT IS SO ORDERED.

18 Dated: March 27, 2007              By: _____
19                                            Hon. James Ware
                                           U.S. District Judge

20

21

22

23

24

25

26

27

28

Additional counsel for plaintiff Carol Shloss:

Bernard A. Burk (SBN 118083)
Robert Spoo (*pro hac vice*)
HOWARD RICE NEMEROVSKI CANADY
FALK & RABKIN, P.C.
Three Embarcadero Center, 7th Floor
San Francisco, California 94111-4024
Telephone: (415) 434-1600
Facsimile: (415) 217-5910
E-mail: bburk@howardrice.com

Mark A. Lemley (SBN 155830)
Matthew M. Werdegar (SBN 200470)
Dorothy McLaughlin (SBN 224018)
Benedict Y. Hur (SBN 229453)
KEKER & VAN NEST LLP
710 Sansome Street
San Francisco, CA 94111
Telephone: (415) 391-5400
Facsimile: (415) 397-7188
Email: dmclaughlin@kvn.com